IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DWIGHT R. COLEMAN, #164290, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:21-CV461-WHA |
| LARRY NIXON, | ) |
| Defendant. | ) |

## **ORDER**

On August 23, 2021, the Magistrate Judge entered a Recommendation (Doc. #6) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with an order of this court.

3. Other than the filing fee assessed to Plaintiff in this case, no costs are taxed.

A separate Final Judgment will be entered.

DONE this 21st day of September, 2021.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE